# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

RODNEY B. HOLMES )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
CORIZON HEALTH SERVICE, )
PHYLLIS L. PHELPS, EMILY NIXDORF, )
JENNIFER CANNON, )
MICHELLE WILSON )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: RODNEY B. HOLMES
All other names by which you have been known:
ID Number: #528263
Current Institution: WESTERN MISSOURI CORRECTIONAL CENTER
Address: 609 EAST PENCE ROAD
CAMERON, MO. 64429
*City    State    Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: CORIZON HEALTH SERVICE
Job or Title *(if known)*: HEALTH CARE PROVIDER FOR:
Shield Number: MISSOUR'S DEPARTMENT OF CORRECTION
Employer:
Address: WESTERN MISSOURI CORRECTIONAL CENTER
CAMERON, MO. 64429
*City    State    Zip Code*
☐ Individual capacity   ☑ Official capacity

Defendant No. 2
Name: PHYLLIS L. PHELPS
Job or Title *(if known)*: NURSE PRACTITIONER
Shield Number:
Employer: CORIZON HEALTH SERVICE
Address: WESTERN MISSOURI CORRECTIONAL CEN.
CAMERON, MO. 64429
*City    State    Zip Code*
☑ Individual capacity   ☑ Official capacity

Defendant No. 3
    Name: EMILY NIXDORF
    Job or Title *(if known)*: MEDICAL RECORDS CLERK
    Shield Number:
    Employer: CORIZON HEALTH SERVICE
    Address: WESTERN MISSOURI CORRECTIONAL CENTER
    CAMERON, MO. 64429
    [✓] Individual capacity    [✓] Official capacity

Defendant No. 4
    Name: JENNIFER CANNON
    Job or Title *(if known)*: DIRECTOR OF NURSING
    Shield Number:
    Employer: CORIZON HEALTH SERVICE
    Address: WESTERN MISSOURI CORRECTIONAL CENTER
    CAMERON, MO. 64429
    [✓] Individual capacity    [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

VIOLATION OF THE EIGHTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. SEE ATTACHMENTS (II. BASIS FOR JURISDICTION. D.) DEFENDANTS: CORIZON HEALTH SERVICE: (7 pages) PHYLLIS L. PHELPS: (4 pages) JENNIFER CANNON: (2 pages) EMILY NIXDORF: (3 pages)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
WESTERN MISSOURI CORRECTIONAL CENTER
OCT. 20, 2020 TO OCT. 22, 2020
NOV. 5, 2020 TO NOV. 11, 2020     Aug. 2021 to Nov. 2021

C. What date and approximate time did the events giving rise to your claim(s) occur?

SEE: ATTACHMENT: STATEMENT OF CLAIM IV.
(7 pages)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE: ATTACHMENT: STATEMENT OF CLAIM
(7 pages)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I SUSTAINED MENTAL AND EMOTIONAL INJURY

I SUFFERED PERMANENT PHYSICAL INJURY (STROKE)

I DID NOT RECEIVE OXYGEN OR MEDICATIONS (TWICE)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

AWARD COMPENSATORY DAMAGES IN THE AMOUNT OF $900,000 JOINTLY AND SEVERALLY AGAINST EACH DEFENDANT.

AWARD PUNITIVE DAMAGES IN THE AMOUNT THE COURT DEEM THE PLAINTIFF IS ENTITLED.

ALL THE DEFENDANT DID PERMANENT DAMAGE TO PLAINTIFF WHILE ACTING UNDER THE COLOR OF STATE LAW.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

WESTERN MISSOURI CORRECTIONAL CENTER

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

I.R.R. AND GRIEVANCE AT W.MCC. APPEAL IN MO DOC JEFFERSON CITY, MO.

2. What did you claim in your grievance?

DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED AND FALSIFICATION OF MEDICAL RECORDS.

3. What was the result, if any?

DENIED

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

GRIEVANCE APPEAL TO: DIRECTOR OF MISSOURI DEPARTMENT OF CORRECTIONS. DENIED AND GRIEVANCE PROCESS IS COMPLETED.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* SEE EXHIBIT `A' (2pAges)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*
     _____

  3. Docket or index number
     _____

  4. Name of Judge assigned to your case
     _____

  5. Approximate date of filing lawsuit
     _____

  6. Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition. _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit
       Plaintiff(s) _____
       Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

       _____

    3. Docket or index number

       _____

    4. Name of Judge assigned to your case

       _____

    5. Approximate date of filing lawsuit

       _____

    6. Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JULY 31, 2022

Signature of Plaintiff: Rodney B. Holmes
Printed Name of Plaintiff: RODNEY B. HOLMES
Prison Identification #: #528263
Prison Address: 609 EAST PENCE ROAD
CAMERON, MO. 64429

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address:

RODNEY B. HOLMES ~538
WESTERN MISSOURI CORR. C
609 E. PENCE ROAD
CAMERON, MO. 64449

7021 0350 0001 2460 3389

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
1510 WHITTAKER COURTHOUSE
400 E. NINTH STREET
KANSAS CITY, MO. 64106

RECEIVED
2022 AUG -4 PM 12:53
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

U.S. POSTAGE PAID
FCM LG ENV
CAMERON, MO
64429
AUG 02, 22
AMOUNT
$0.00
R2304W120704-09

This mail is from an offender in the custody of the MO Department of Corrections

CERTIFIED MAIL
W/RETURN RECEIPT